# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 21-2547

**Caption [use short title]**

**Motion for:** consolidation of this appeal with No. 21-2576 for oral argument and modification of oral argument time.

Set forth below precise, complete statement of relief sought:

Trustee-Appellee Salvatore LaMonica seeks consolidation of the appeals in No. 21-2547 and No. 21-2576 for oral argument, as well as as modification of oral argument time to 15 minutes per side.

In re: TransCare Corporation

**MOVING PARTY:** Salvatore LaMonica, Chapter 7 Trustee   **OPPOSING PARTY:** Lynn Tilton

☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☑ Appellee/Respondent

**MOVING ATTORNEY:** Carter G. Phillips   **OPPOSING ATTORNEY:** Mark A. Perry

[name of attorney, with firm, address, phone number and e-mail]

Sidley Austin LLP
1501 K Street, N.W., Washington, D.C. 20005
cphillips@sidley.com, (202) 736-8000

Weil, Gotshal & Manges LLP
2001 M Street, N.W. Suite 600, Washington, D.C. 20036
mark.perry@weil.com, (202) 682-7511

**Court-Judge/Agency appealed from:** Judge Lewis A. Kaplan, U.S. District Court for the Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency:_____

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)
Has argument date of appeal been set?  ☑ Yes  ☐ No  If yes, enter date: Friday, December 16, 2022 at 10:00am

**Signature of Moving Attorney:**
/s/ Carter G. Phillips   **Date:** 11/3/2022   Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# 21-2547

# United States Court of Appeals for the Second Circuit

IN RE: TRANSCARE CORPORATION,

*Debtor.*

(*Caption Continued on Next Page*)

On appeal from the United States District Court for the Southern District of New York (Kaplan, J.)

**MOTION TO CONSOLIDATE APPEALS FOR ORAL ARGUMENT**

AVERY SAMET
AMINI LLC
131 W. 35th Street 12th Floor
New York, N.Y. 10001
Tel.: (212) 490-4700
Fax: (212) 490-8222
asamet@aminillc.com

CARTER G. PHILLIPS
WILLIAM R. LEVI
AARON P. HAVILAND
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel.: (202) 736-8000
Fax: (202) 736-8711
cphillips@sidley.com

*Counsel for Trustee-Appellee*

SALVATORE LAMONICA, as Chapter 7 Trustee of the
Jointly-Administered Estates of TransCare Corporation,

*Plaintiff-Appellee*,

SHAMEEKA IEN,

*Plaintiff*,

v.

LYNN TILTON,

*Defendant-Appellant*,

PATRIARCH PARTNERS AGENCY SERVICES, LLC, PATRIARCH PARTNERS, LLC, PATRIARCH PARTNERS MANAGEMENT GROUP, LLC, ARK II CLO 20011, LIMITED, ARK INVESTMENT PARTNERS II, L.P., LD INVESTMENTS, LLC, PATRIARCH PARTNERS II, LLC, PATRIARCH PARTNERS III, LLC, PATRIARCH PARTNERS VIII, LLC, PATRIARCH PARTNERS XIV, LLC, PATRIARCH PARTNERS XV, LLC, TRANSCENDENCE TRANSIT, INC., TRANSCENDENCE TRANSIT II, INC.,

*Defendants*.

The Trustee-Appellee, Salvatore LaMonica, hereby moves to consolidate the above-captioned appeal, No. 21-2547, with No. 21-2576, for oral argument. Both appeals arise from the same bankruptcy and district court proceedings. There are two separate appeals because two separate judgments were entered below: No. 21-2547 addresses a non-core bankruptcy claim—breach of fiduciary duties—while No. 21-2576 involves a core bankruptcy claim—fraudulent conveyance. Both issues are addressed in the parties' briefs (which are identical in the two appeals other than the captions).

The appeals have both been scheduled for oral argument on Friday, December 16, 2022, with 10 minutes allotted per side for each appeal. In the interests of judicial economy, the Trustee-Appellee respectfully requests that this Court consolidate the two appeals and allot 15 minutes per side for oral argument.

Counsel for the Appellants was consulted and has indicated that Appellants join this motion.

For the foregoing reasons, the appeals in No. 21-2547 and No. 21-2576 should be consolidated for oral argument.

November 3, 2022                    Respectfully submitted,

                                    /s/ *Carter G. Phillips*
                                    CARTER G. PHILLIPS
                                    WILLIAM R. LEVI
                                    AARON P. HAVILAND
                                    SIDLEY AUSTIN LLP
                                    1501 K Street, N.W.
                                    Washington, D.C. 20005
                                    Tel.: (202) 736-8000
                                    Fax: (202) 736-8711
                                    cphillips@sidley.com

                                    AVERY SAMET
                                    AMINI LLC
                                    131 W. 35th Street, 12th Floor
                                    New York, N.Y. 10001
                                    Tel.:  (212) 490-4700
                                    Fax:  (212) 497-8222
                                    asamet@aminillc.com
                                    *Counsel for Trustee-Appellee*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2022, I caused the foregoing motion to be served on all registered counsel through the Court's CM/ECF system.

/s/ *Carter G. Phillips*
CARTER G. PHILLIPS
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel.: (202) 736-8000
Fax: (202) 736-8711
cphillips@sidley.com
*Counsel for Trustee-Appellee*
