# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of November, two thousand twenty two,

| | |
|---|---|
| In re: TransCare Corporation,<br>        Debtor.<br>************************************************ | **ORDER**<br>Docket No. 21-2547 |

Salvatore LaMonica, as Chapter 7 Trustee of the Jointly-Administered Estates of TransCare Corporation, et al., Shameeka Ien,

        Plaintiffs - Appellees,

Shameeka Ien,

        Plaintiffs,

v.

Lynn Tilton,

        Defendant - Appellant,

Patriarch Partners Agency Services, LLC, Patriarch Partners, LLC, Patriarch Partners Management Group, LLC, Ark II CLO 20011, Limited, ARK Investment Partners II, L.P., LD Investments, LLC, Patriarch Partners II, LLC, Patriarch Partners III, LLC, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Transcendence Transit, Inc., Transcendence Transit II, Inc.,

        Defendants.

IT IS HEREBY ORDERED that Appellees' motion to consolidate appeals for purpose of oral argument and modification of oral argument time is GRANTED.

        For The Court:

        Catherine O'Hagan Wolfe,
        Clerk of Court

