S.D.N.Y.
20-cv-6523
Kaplan, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of January, two thousand twenty-three.

Present:
> Steven J. Menashi,
> Alison J. Nathan,
> Sarah A. L. Merriam,
> > *Circuit Judges*

---

In re: TransCare Corporation,

> *Debtor*.

Salvatore LaMonica, as Chapter 7 Trustee of the Jointly-Administered Estates of TransCare Corporation, et al.,

> *Plaintiff-Appellee*,

Shameeka Ien,

> *Plaintiff*,

  v.

21-2547

Lynn Tilton,

> *Defendant-Appellant*.

Patriarch Partners Agency Services, LLC, Patriarch Partners, LLC, Patriarch Partners Management Group, LLC, Ark II CLO 20011, Limited, ARK Investment Partners II, L.P., LD Investments, LLC, Patriarch Partners II, LLC, Patriarch Partners III,

LLC, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Transcendence Transit, Inc., Transcendence Transit II, Inc.,

*Defendants.*

---

It is hereby ORDERED that counsel for Defendant-Appellant and Plaintiff-Appellee shall submit supplementary letter-briefing, which should not exceed five pages, addressing: (1) whether the damages awards resulted in a double recovery to the trustee for the value of the Certificates of Need, *see In re Andrew Velez Constr., Inc.*, 373 B.R. 262, 275 (Bankr. S.D.N.Y. 2007); (2) whether the damages awards should have been offset by the liquidation value of the Certificates of Need; (3) whether a challenge to the damages awards based on the lower courts' failure to offset the liquidation value of the Certificates of Need from the going-concern value was raised below and preserved on appeal. Defendant-Appellant shall file its brief by Tuesday, February 21. Plaintiff-Appellee shall file its brief by Monday, February 27.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court