# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of August two thousand twenty-three,

Before:  Steven J. Menashi,
Alison J. Nathan,
Sarah A. L. Merriam,
*Circuit Judges*.

| | |
|---|---|
| In re: TransCare Corporation,<br>          Debtor.<br>****************************************<br>Salvatore LaMonica, as Chapter 7 Trustee of the Jointly-Administered Estates of TransCare Corporation, et al.,<br><br>          Plaintiff - Appellee,<br><br>Shameeka Ien,<br><br>          Plaintiffs,<br><br>v.<br><br>Lynn Tilton,<br><br>          Defendant - Appellant,<br><br>Patriarch Partners Agency Services, LLC, Patriarch Partners, LLC, Patriarch Partners Management Group, LLC, Ark II CLO 20011, Limited, ARK Investment Partners II, L.P., LD Investments, LLC, Patriarch Partners II, LLC, Patriarch Partners III, LLC, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Transcendence Transit, Inc., Transcendence Transit II, Inc.,<br><br>          Defendants. | **JUDGMENT**<br><br>Docket No. 21-2547 |

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgments of the district court and the bankruptcy court are AFFIRMED.

> For the Court:
> Catherine O'Hagan Wolfe,
> Clerk of Court

*Catherine O'Hagan Wolfe*